IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK KHALIL SALAMEH,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2061

_____/

Opinion filed July 10, 2017.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Mark Khalil Salameh, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and JAY, JJ. CONCUR.